**Order entered July 12, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00570-CV

### IN THE INTEREST OF E.J.I. AND T.J.I., MINOR CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-14306**

## ORDER

The clerk's and reporter's records are overdue in this appeal. On May 29, 2013, we received a letter from court reporter Glenda Johnson stating that she has not been contacted regarding the cost of the reporter's record nor received payment for it. We have had no correspondence from the Dallas County District Clerk's Office regarding the clerk's record.

Accordingly, we **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, either: (1) the clerk's record; or (2) written verification that appellant has not been found indigent and has not made payment arrangements for the record. *We notify appellant that if we receive verification that she is not indigent and has not paid for the record, we will, without further notice, dismiss the appeal for want of prosecution. See* TEX. R. APP. P. 37.3(b).

We **ORDER** court reporter Glenda Johnson to file, within **THIRTY DAYS** of the date of this order, either: (1) the reporter's record; or (2) written verification that appellant has not

been found indigent and has not made payment arrangements for the record.  *We notify appellant that if we receive verification that she is not indigent and has not paid for the record, we will order the appeal submitted without the reporter's record.  See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Civil Records Division; Glenda Johnson, official court reporter, 256th Judicial District Court; and to counsel for all parties.

/s/     ELIZABETH LANG-MIERS
         JUSTICE